8 So.3d 491 (2009)
Anthony JOHNSON, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D07-2279.
District Court of Appeal of Florida, Third District.
May 6, 2009.
Carlos J. Martinez, Public Defender, and Howard K. Blumberg, Assistant Public Defender, for appellant.
Bill McCollum, Attorney General, and Nikole Hiciano, Assistant Attorney General, for appellee.
Before GERSTEN, C.J., and CORTIÑAS and SALTER, JJ.
PER CURIAM.
Affirmed. See Parker v. State, 641 So.2d 483 (Fla. 5th DCA 1994).